**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant COUNTY OF STANISLAUS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON GRAY, | Case No. 1:21-cv-01086-NONE-BAM |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR COUNTY OF STANISLAUS TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| CITY OF OAKDALE, a municipal corporation; City of Oakdale Police Department Officers DOES 1-10, individually; CITY OF MODESTO, a municipal corporation; City of Modesto Police Department Officers DOES 11-20, individually; COUNTY OF STANISLAUS, a public entity; Stanislaus County Sheriff's Department Deputies DOES 21-30, individually; California Highway Patrol Officers DOES 31-40, individually; and DOES 41-100, Jointly and Severally, | Complaint Filed: 07/12/2021 |
| Defendants. / | |

Plaintiff, BRANDON GRAY, by and through his counsel of record, hereby STIPULATES and AGREES that Defendant COUNTY OF STANISLAUS may have an extension until December 6, 2021 to file a responsive pleading to Plaintiff's Complaint, in order to allow counsel for Defendant and Plaintiff to further meet and confer regarding the Complaint, while plaintiff seeks further information regarding whether the COUNTY and its to-be-identified DOE employees will remain in the case. In the interest of conserving attorney time and resources, and furthering judicial economy, the

undersigned counsel seek to hold the case against the COUNTY and its employees in abeyance for the time being, thereby obviating the need for the COUNTY to participate in the case, while investigation and discovery is conducted to ascertain and confirm who the responsible parties and municipalities are.

Based on the foregoing, and in order to facilitate the goal of this stipulation, the parties, through counsel, hereby respectfully stipulate that the deadline for the COUNTY to respond to the complaint be extended from October 4, 2021 to December 6, 2021. Pursuant to Eastern District Local Rule 144(a) this stipulation requests court approval for an extension of time to respond the complaint. Pursuant to Local Rule 144(b), this is the first such stipulation. No other extensions of time have been requested.

**IT IS SO STIPULATED.**

Dated:  October 1, 2021 	PORTER SCOTT
	A PROFESSIONAL CORPORATION

	By     /s/John R. Whitefleet
		John R. Whitefleet
		Attorneys for Defendant COUNTY OF STANISLAUS


Dated:  October 1, 2021 	LAW OFFICE OF SANJAY S. SCHMIDT
	-and-
	THE BOGAN LAW FIRM, APC


	*/s/ Sanjay S. Schmidt\**
	By: Sanjay S. Schmidt
	Attorneys for Plaintiff,
	BRANDON GRAY

*Mr. Schmidt gave his consent to file this document via CM-ECF.

# **ORDER**

The Court, having reviewed the above stipulation and request, finds and orders as follows:

1. The parties' joint request to continue the responsive pleading due date is granted.

2. COUNTY's deadline to respond to the Complaint is extended to December 6, 2021.

IT IS SO ORDERED.

Dated:   **October 1, 2021**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE