PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendant
CITY OF MODESTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| BRANDON GRAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKDALE, a municipal corporation; City of Oakdale Police Department Officers DOES 1-10, individually; CITY OF MODESTO, a municipal corporation; City of Modesto Police Department Officers DOES 11-20, individually; COUNTY OF STANISLAUS, a public entity; Stanislaus County Sheriff's Department Deputies DOE 21-30, individually; California Highway Patrol Officers DOES 31-40, individually; and DOES 41-100, Jointly and Severally,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01086<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CITY OF MODESTO TO RESPOND TO COMPLAINT** |

　　　Plaintiff, BRANDON GRAY ("Plaintiff"), by and through his counsel of record, and Defendant, CITY OF MODESTO ("CITY"), hereby represent to the Court and stipulate and agree as follows:

　　　1. On or about July 12, 2021, Plaintiff filed his operative complaint in this matter.

　　　2. The CITY was then served with Plaintiff's Complaint, on or about September 13, 2021. The CITY's responsive pleading deadline was October 4, 2021.

3. Pursuant to the continued meet and confer discussions of the parties, the parties, through counsel, hereby stipulate that the deadline for the CITY to respond to the complaint be extended from October 4, 2021 to October 25, 2021. Pursuant to Eastern District Local Rule 144(a), this stipulation requests court approval for an extension of time to respond to the complaint. Pursuant to Local Rule 144(b), this is the first such stipulation. No other extensions of time have been requested

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 4, 2021 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
|  | By: _/s/Patrick D. Moriarty_<br>PATRICK D. MORIARTY<br>JOHN B. ROBINSON<br>Attorneys for Defendant<br>CITY OF MODESTO |
| Dated:  October 4, 2021 | THE LAW OFFICE OF SANJAY S. SCHMIDT |
|  | By: _/s/ Sanjay S. Schmidt*_<br>SANJAY S. SCHMIDT<br>Attorneys for Plaintiff<br>BRANDON GRAY |

*Mr. Schmidt gave his consent to file this document via CM-ECF.

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for the City of Modesto to respond to the complaint is HEREBY EXTENDED from October 4, 2021 to October 25, 2021.

IT IS SO ORDERED.

Dated: **October 5, 2021**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE