PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendant
CITY OF MODESTO

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1338 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**Tai C. Bogan (SBN 241784)**
**The Bogan Law Firm, APC**
615 13th Street, Suite A
Modesto, CA 95354
Phone: (209) 566-9591 x 101
Fax: (209) 566-9668
tai.bogan@theboganlawfirm.com

*Attorneys for Plaintiff*,
BRANDON GRAY

Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for City of Oakdale Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| BRANDON GRAY,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF OAKDALE, a municipal corporation; City of Oakdale Police Department Officers DOES 1-10, individually; CITY OF MODESTO, a municipal corporation; City of Modesto Police Department Officers DOES 11-20, individually; COUNTY OF STANISLAUS, a public entity; Stanislaus County Sheriff's Department Deputies DOE 21-30, individually; California Highway Patrol Officers DOES 31-40, individually; and DOES 41-100, Jointly and Severally,<br><br>           Defendants. | Case No. 1:21-cv-01086-NONE-BAM<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND EXTEND DUE DATE FOR JOINT SCHEDULING REPORT** |

Plaintiff, BRANDON GRAY ("Plaintiff"), by and through his counsel of record, Defendant CITY OF MODESTO ("CITY"), by and through its counsel of record, and Defendant CITY OF OAKDALE, by and through its counsel of record, hereby respectfully stipulate and request as follows:

1. On or about July 12, 2021, Plaintiff filed his operative complaint in this matter.

2. The CITY was then served with Plaintiff's Complaint, on or about September 13, 2021. The CITY's responsive pleading deadline was October 4, 2021.

3. Pursuant to the continued meet and confer discussions of the parties, the parties, through counsel, stipulated that the deadline for the CITY to respond to the complaint be extended from October 4, 2021 to October 25, 2021, and filed a stipulation to that effect. *See* ECF No. 11.

///

4. A stipulation has also been submitted, and signed by the Court, extending the due date for a responsive pleading to be filed by the County of Stanislaus. ECF No. 10.

5. The City of Oakdale has filed an Answer. ECF No. 8. However, it is the understanding of the undersigned counsel for Plaintiff and counsel for Defendant City of Modesto that counsel for the City of Oakdale, Mr. Praet, is out of town and unavailable at present for purposes of offering available dates. As such, the undersigned counsel do not know what future dates Mr. Praet is available on for purposes of proposing a future date on which to continue the Scheduling Conference.

6. In view of the extensions of time for responsive pleadings to be filed by the County of Stanislaus and the City of Modesto, and the present unavailability of Mr. Praet, the undersigned counsel hereby respectfully request that the upcoming Initial Scheduling Conference, currently set for October 12, 2021, be continued to a to-be-determined, future date; that date preferably would be submitted in a future, stipulated request. Alternatively, it can be a date selected by the Court, based on the Court's availability and calendar.

7. Additionally, in view of the foregoing, the parties will not be able to submit the Joint Scheduling Report that is due today, one week in advance of the Initial Scheduling Conference that is set for October 12, 2021. As such, the undersigned respectfully request that the Court excuse the filing of the Joint Scheduling Report that is due, and instead, permit the parties to file it one week in advance of the continued scheduling conference.

**IT IS SO STIPULATED.**

//
//
//
//
//
//

Respectfully submitted,

Dated: October 5, 2021              ALLEN, GLAESSNER,
                                    HAZELWOOD & WERTH, LLP


By: */s/Patrick D. Moriarty*
    PATRICK D. MORIARTY
    JOHN B. ROBINSON
    Attorneys for Defendant
    CITY OF MODESTO


Dated: October 5, 2021              THE LAW OFFICE OF SANJAY S. SCHMIDT


By: */s/ Sanjay S. Schmidt\**
    SANJAY S. SCHMIDT
    Attorneys for Plaintiff
    BRANDON GRAY


Dated: October 5, 2021              FERGUSON, PRAET & SHERMAN


By: */s/ Bruce D. Praet\**
    BRUCE D. PRAET
    Attorneys for CITY OF OAKDALE
    Defendants

\*Mr. Schmidt and Mr. Praet gave their consent to file this document via CM-ECF.

**ORDER**

Having considered the Parties' request, and good cause appearing, the Scheduling Conference is HEREBY CONTINUED to **December 16, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **October 6, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE