PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendant
CITY OF MODESTO

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1338 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**Tai C. Bogan (SBN 241784)**
**The Bogan Law Firm, APC**
615 13th Street, Suite A
Modesto, CA 95354
Phone: (209) 566-9591 x 101
Fax: (209) 566-9668
tai.bogan@theboganlawfirm.com

*Attorneys for Plaintiff*,
BRANDON GRAY

Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for City of Oakdale Defendants

STIPULATED REQUEST AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND EXTEND DUE DATE FOR JSR

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| BRANDON GRAY,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF OAKDALE, a municipal corporation; City of Oakdale Police Department Officers DOES 1-10, individually; CITY OF MODESTO, a municipal corporation; City of Modesto Police Department Officers DOES 11-20, individually; COUNTY OF STANISLAUS, a public entity; Stanislaus County Sheriff's Department Deputies DOE 21-30, individually; California Highway Patrol Officers DOES 31-40, individually; and DOES 41-100, Jointly and Severally,<br><br>            Defendants. | Case No. 1:21-cv-01086-NONE-BAM<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE SCHEDULING CONFERENCE, EXTEND DUE DATE FOR JOINT SCHEDULING REPORT, AND EXTEND TIME FOR COUNTY OF STANISLAUS TO RESPOND TO COMPLAINT; ORDER** |

      Plaintiff, BRANDON GRAY ("Plaintiff"), by and through his counsel of record, Defendant CITY OF MODESTO ("CITY"), by and through its counsel of record, and Defendant CITY OF OAKDALE, by and through its counsel of record, hereby respectfully stipulate and request as follows:

      1. On or about July 12, 2021, Plaintiff filed his operative complaint in this matter.

      2. The CITY was then served with Plaintiff's Complaint, on or about September 13, 2021. The CITY's responsive pleading deadline was October 4, 2021.

      3. Pursuant to the continued meet and confer discussions of the parties, the parties, through counsel, stipulated that the deadline for the CITY to respond to the complaint be extended from October 4, 2021 to October 25, 2021, and filed a stipulation to that effect. *See* ECF No. 11.

      4. A stipulation has also been submitted, and signed by the Court, extending the due date

for a responsive pleading to be filed by the County of Stanislaus. ECF No. 10. That deadline is December 6, 2021. *Id*. The parties hereby request that this deadline be extended one last time, for an additional month, to January 6, 2022.

5. The City of Oakdale has filed an Answer, ECF No. 8, as has the City of Modesto. ECF No. 15.

6. The parties are in the process of circulating a Stipulated Protective Order, and will be submitting it to the Court shortly. This will facilitate the exchange of documents and materials.

7. Once the Stipulated Protective Order is filed, certain key documents and body worn camera videos will be exchanged, thereby allowing an assessment by Plaintiff of whether the County of Stanislaus and its to-be-identified DOE employees will remain in the case, as explained in the stipulation filed between Plaintiff and the County of Stanislaus. ECF No. 9.

8. Additionally, the undersigned Plaintiff's counsel is unavailable for the upcoming Scheduling Conference, which is set for December 16, 2021, at 9:30 AM, in Courtroom 8. ECF No. 4 at 4:22-25. Mr. Schmidt will be out of town for a wedding.

9. In view of the foregoing, the undersigned counsel hereby respectfully request that the upcoming Initial Scheduling Conference be continued to a date selected by the Court, based on the Court's availability and calendar.

**IT IS SO STIPULATED.**

//
//
//
//
//
//
//
//

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  November 29, 2021 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| 4 |   | By:  */s/Patrick D. Moriarty\**  |
|   |   | PATRICK D. MORIARTY |
|   |   | JOHN B. ROBINSON |
|   |   | Attorneys for Defendant |
|   |   | CITY OF MODESTO |
| 7 | Dated:  November 29, 2021 | THE LAW OFFICE OF SANJAY S. SCHMIDT |
| 9 |   | By:  */s/ Sanjay S. Schmidt*  |
|   |   | SANJAY S. SCHMIDT |
|   |   | Attorneys for Plaintiff |
|   |   | BRANDON GRAY |
| 12 | Dated: November 29, 2021 | FERGUSON, PRAET & SHERMAN |
| 14 |   | By:  */s/ Bruce D. Praet\**  |
|   |   | BRUCE D. PRAET |
|   |   | Attorneys for CITY OF OAKDALE Defendants |
| 17 | Dated:  November 30, 2021 | PORTER SCOTT |
|   |   | A PROFESSIONAL CORPORATION |
| 20 |   | By:  */s/ John R. Whitefleet\**  |
|   |   | JOHN R. WHITEFLEET |
|   |   | Attorneys for Defendant COUNTY OF STANISLAUS |

*Mr. Moriarty, Mr. Praet, and Mr. Whitefleet gave their consent to file this document via CM-ECF.

//

//

//

## ORDER

The Court, having reviewed the parties' stipulation and request, and good cause appearing, finds and orders as follows:

1. The Scheduling Conference currently set for 12/16/2021 is HEREBY CONTINUED to **January 27, 2022 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

2. The COUNTY's deadline to respond to the Complaint is extended to January 6, 2022.

IT IS SO ORDERED.

Dated: **November 30, 2021**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE