UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKDALE, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01086-JLT-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR COUNTY OF STANISLAUS TO RESPOND TO COMPLAINT**<br><br>(Doc. 21) |

On January 6, 2022, Plaintiff Brandon Gray and Defendant County of Stanislaus filed a stipulation to extend the time for Defendant County of Stanislaus to file a responsive pleading to the complaint. (Doc. 21.) The parties explain that an extension of time is necessary to allow counsel to meet and confer regarding the complaint, "while plaintiff seeks further information regarding whether the COUNTY and its to-be-identified DOE employees will remain in the case." (*Id.*) The parties seek to hold the case against the County and its employees in abeyance, "while the investigation and discovery is conducted to ascertain and confirm who the responsible parties and municipalities are." (*Id.* at 2.) To facilitate the early exchange of information, the parties recently submitted a protective order, and they report that additional time is necessary to allow the disclosure and review of documents. (*Id.*)

///

Having considered the parties' stipulation, and good cause appearing, the request to continue Defendant County of Stanislaus' responsive pleading deadline is GRANTED. Defendant County of Stanislaus' deadline to respond to the complaint is extended to February 11, 2022.

IT IS SO ORDERED.

Dated:   **January 11, 2022**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE