**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax. (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**TAI C. BOGAN (SBN 241784)**
**THE BOGAN LAW FIRM, APC**
615 13th Street, Suite A
Modesto, CA 95354
Tel. (209) 566-9591 x 101
Fax. (209) 566-9668
e-mail: tai.bogan@theboganlawfirm.com

*Attorneys for Plaintiff,*
**BRANDON GRAY**

PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Tel.:    (415) 697-2000
Fax:    (415) 813-2045

Attorneys for Defendant
CITY OF MODESTO

Bruce D. Praet (SBN 119430)
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street,
Santa Ana, CA 92705
Tel. (714) 953-5300
Fax. (714) 953-1143
e-mail: Bpraet@aol.com

Attorneys for Defendant
CITY OF OAKDALE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE            - 1 –
*Gray v. City of Oakdale, et al.*
USDC (E.D. Cal.) Case No.: 1:21-cv-01086-NONE-BAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| **BRANDON GRAY**, <br><br> Plaintiff, <br> v. <br><br> **CITY OF OAKDALE**, a municipal corporation; City of Oakdale Police Department Officers **DOES 1-10**, individually; **CITY OF MODESTO**, a municipal corporation; City of Modesto Police Department Officers **DOES 11-20**, individually, **COUNTY OF STANISLAUS**, a public entity; Stanislaus County Sheriff's Department Deputies **DOES 21-30**, individually; California Highway Patrol Officers **DOES 31-40**, individually; and **DOES 41-100**, Jointly and Severally, <br><br> Defendants, | Case No.: 1:21-cv-01086-NONE-BAM <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiff, BRANDON GRAY ("Plaintiff"), by and through his counsel of record, Defendant CITY OF MODESTO ("CITY"), by and through its counsel of record, and Defendant CITY OF OAKDALE, by and through its counsel of record, hereby respectfully stipulate to continuing the initial mandatory scheduling conference from January 27, 2021 at 9:30 a.m. until February 25, 2022, if that is acceptable and convenient for the Court. Good cause exists for continuing the initial mandatory scheduling conference because Plaintiff's lead counsel, Mr. Schmidt, has a motion hearing in a state court matter that was set sua sponte by the clerk of the Superior Court (without input from counsel) at 9:00 a.m., on January 27, 2022, and Mr. Bogan also has a state court matter that conflicts with the initial scheduling conference. If it is convenient for the Court, the parties respectfully request that this initial scheduling conference be continued to February 25, 2022.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE — - 2 –
*Gray v. City of Oakdale, et al.*
USDC (E.D. Cal.) Case No.: 1:21-cv-01086-NONE-BAM

**IT IS SO STIPULATED.**

                                              Respectfully submitted,

Dated: January 20, 2022         ALLEN, GLAESSNER,
                                         HAZELWOOD & WERTH, LLP

                                         By:  */s/Patrick D. Moriarty\**
                                              PATRICK D. MORIARTY
                                              JOHN B. ROBINSON
                                              Attorneys for Defendant
                                              CITY OF MODESTO

Dated: January 20, 2022         THE LAW OFFICE OF SANJAY S. SCHMIDT

                                         By:  */s/ Sanjay S. Schmidt*
                                              SANJAY S. SCHMIDT
                                              Attorneys for Plaintiff
                                              BRANDON GRAY

Dated: January 20, 2022         FERGUSON, PRAET & SHERMAN

                                         By:  */s/ Bruce D. Praet\**
                                              BRUCE D. PRAET
                                              Attorneys for CITY OF OAKDALE
                                              Defendants

Dated: January 20, 2022         PORTER SCOTT
                                         A PROFESSIONAL CORPORATION

                                         By:  */s/ John R. Whitefleet\**
                                              Attorneys for Defendant COUNTY OF
                                              STANISLAUS

    *Mr. Moriarty, Mr. Praet, and Mr. Whitefleet gave their consent to file this document via CM-ECF.

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE   - 3 –
*Gray v. City of Oakdale, et al.*
USDC (E.D. Cal.) Case No.: 1:21-cv-01086-NONE-BAM

**ORDER**

The Court, having reviewed the parties' stipulation and request, and good cause appearing, finds and orders as follows:

1. The Scheduling Conference is HEREBY CONTINUED to **February 24, 2022**, **at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **January 20, 2022**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE