UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GRAY,<br><br>               Plaintiff,<br><br>       v.<br><br>CITY OF OAKDALE, et al.,<br><br>               Defendants. | Case No.  1:21-cv-01086-JLT-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 38) |

Pursuant to the parties' stipulation, and good cause appearing, the Scheduling Conference currently set for May 31, 2022, is HEREBY CONTINUED to **July 14, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.
IT IS SO ORDERED.

Dated:   **May 26, 2022**                           /s/ Barbara A. McAuliffe          _
                                                                    UNITED STATES MAGISTRATE JUDGE

1