1  **Sanjay S. Schmidt (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1388 Sutter Street, Suite 810
3  San Francisco, CA 94109
   Tel. (415) 563-8583
4  Fax. (415) 223-9717
   e-mail: ss@sanjayschmidtlaw.com
5

6  **TAI C. BOGAN (SBN 241784)**
   **THE BOGAN LAW FIRM, APC**
7  615 13th Street, Suite A
   Modesto, CA 95354
8  Tel. (209) 566-9591 x 101
9  Fax. (209) 566-9668
   e-mail: tai.bogan@theboganlawfirm.com
10

11 *Attorneys for Plaintiff,*
   **BRANDON GRAY**
12

13 PATRICK D. MORIARTY, State Bar No. 213185
   pmoriarty@aghwlaw.com
14 JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@aghwlaw.com
15 ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
16 San Francisco, CA  94104
17 Tel.:    (415) 697-2000
   Fax:    (415) 813-2045
18

19 Attorneys for Defendant
   CITY OF MODESTO
20

21 Bruce D. Praet (SBN 119430)
   FERGUSON, PRAET & SHERMAN
22 A Professional Corporation
   1631 East 18th Street,
23 Santa Ana, CA 92705
   Tel. (714) 953-5300
24 Fax. (714) 953-1143
25 e-mail: Bpraet@aol.com

26 Attorneys for Defendant
   CITY OF OAKDALE
27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE                                - 1 –
*Gray v. City of Oakdale, et al.*
USDC (E.D. Cal.) Case No.: 1:21-cv-01086-JLT-BAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| **BRANDON GRAY**,<br><br>　　　　　Plaintiff,<br>v.<br><br>**CITY OF OAKDALE**, a municipal corporation; City of Oakdale Police Department Officers **DOES 1-10**, individually; **CITY OF MODESTO**, a municipal corporation; City of Modesto Police Department Officers **DOES 11-20**, individually, **COUNTY OF STANISLAUS**, a public entity; Stanislaus County Sheriff's Department Deputies **DOES 21-30**, individually; California Highway Patrol Officers **DOES 31-40**, individually; and **DOES 41-100**, Jointly and Severally,<br><br>　　　　　Defendants, | Case No.: 1:21-cv-01086-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |

　　　　Plaintiff, BRANDON GRAY ("Plaintiff"), by and through his counsel of record, Defendant CITY OF MODESTO ("CITY"), by and through its counsel of record, and Defendant CITY OF OAKDALE, by and through its counsel of record, hereby respectfully stipulate to continuing the initial mandatory scheduling conference for the very last time for six weeks, from July 14, 2022, at 9:00 a.m., until August 25, 2022, at 9:00 a.m., if that is acceptable and convenient for the Court.

　　　　Good cause exists for continuing the initial mandatory scheduling conference because counsel for Plaintiff, the City of Oakdale, and the City of Modesto have exchanged documents and have been actively engaged in early settlement discussions. Indeed, Plaintiff's claims against the City of Oakdale and its employees have been settled, as reported in the Notice of Settlement, filed on July 6, 2022. ECF No. 40. Once the consideration for that settlement is received, a

dismissal of the City of Oakdale Defendants will be filed. The County of Stanislaus Defendants have been dismissed from the action, pursuant to a stipulation to that effect. ECF Nos. 34-35. The only remaining claims are against the City of Modesto and its employees. Discussions between counsel for the City of Modesto Defendants and counsel for Plaintiff commenced before, as stated in the prior stipulation, but were delayed because the City of Modesto's counsel has been in trial until recently; nonetheless, discussions have resumed, and counsel should know fairly soon whether these claims will be resolved or will proceed to litigation. Continuing the settlement conference while the Plaintiff and the last remaining Defendants, the City of Modesto Defendants, attempt to resolve the matter early, in good faith, will allow counsel for these parties to continue to conserve the time involved in preparing a joint scheduling report, as well as attending the conference, and will allow the Court to conserve the time expended in holding the scheduling conference, and issuing a scheduling report.

The passage of time will not result in prejudice because the parties have preserved, marshaled, and reviewed footage, including drone footage, body worn camera footage, and a cellular phone video taken by a bystander, all of which captured various aspects of the incident, which is helping to facilitate settlement discussions. If the present discussions do not yield a settlement, the remaining parties will not be prejudiced, and the case will be ready to proceed on a normal schedule because the parties have already exchanged the key documents and information that would be encompassed in formal Federal Rule of Civil Procedure 26(a)(1) disclosures.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 7, 2022        THE LAW OFFICE OF SANJAY S. SCHMIDT
                           -AND
                           THE BOGAN LAW FIRM, APC


                           By: __/s/ Sanjay S. Schmidt__
                               SANJAY S. SCHMIDT
                               Attorneys for Plaintiff
                               BRANDON GRAY

Dated: July 7, 2022                           ALLEN, GLAESSNER,
                                              HAZELWOOD & WERTH, LLP


                                              By: __/s/Patrick D. Moriarty*__
                                              PATRICK D. MORIARTY
                                              JOHN B. ROBINSON
                                              Attorneys for Defendant
                                              CITY OF MODESTO


Dated: July 7, 2022                           FERGUSON, PRAET & SHERMAN


                                              By: __/s/ Bruce D. Praet*__
                                              BRUCE D. PRAET
                                              Attorneys for CITY OF OAKDALE
                                              Defendant

*Mr. Moriarty and Mr. Praet gave their consent to file this document via CM-ECF.


**ORDER**

The Court, having reviewed the parties' stipulation and request, and good cause appearing, finds and orders as follows:

The Scheduling Conference is HEREBY CONTINUED to **August 22, 2022**, **at 9:30 AM**, **in Courtroom 8 (BAM)**, **before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **July 7, 2022**                        /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE                     - 4 –
*Gray v. City of Oakdale, et al.*
USDC (E.D. Cal.) Case No.: 1:21-cv-01086-JLT-BAM